USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

        –v–

William Fernando Diaz Hernandez,

            Defendant.

21-cr-369 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court has received the parties' request to set a conference and exclude time.  The initial conference is scheduled for July 20, 2021 at 11:00 A.M.  It is ORDERED that the time between the date of this Order and the date of the conference is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), in the interests of justice.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, because the continuance will permit the parties to continue discussions concerning a pretrial disposition of this case.

        SO ORDERED.

Dated: June 10, 2021
      New York, New York

_____
     ALISON J. NATHAN
    United States District Judge