Case 1:21-cr-00369-AJN   Document 26   Filed 09/16/21

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Diaz Hernandez

Defendant.

21-cr-369 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A pre-trial conference in this matter is scheduled to take place at 11:00 A.M. on Monday, September 20, 2021 in Courtroom 906 at the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated: September 16, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1