

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 16, 2021

**BY CM/ECF**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. William Fernando Diaz Hernandez*, 21 Cr. 369 (AJN)

Dear Judge Nathan:

      The Government writes to respectfully request, with the defendant's consent, an adjournment of approximately 60 days of the pretrial conference currently scheduled for September 20, 2021.

      The parties have had ongoing, detailed discussions about a pretrial resolution to this matter. The parties request an additional period of 60 days to complete these discussions.

      The Government further requests, with consent from defense counsel, that the Court exclude time, pursuant to 18 U.S.C. § 3161(h)(7), from September 20, 2021, until the date of the next conference. Accordingly, the Government submits that the ends of justice served by granting the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial because the exclusion of time will permit the parties to continue their discussions concerning a potential pretrial disposition of this case.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

by:    /s/                  
     Kedar S. Bhatia
     Assistant United States Attorney
     (212) 637-2465

---

The pretrial conference is adjourned to Thursday, November 18, 2021 at 11 A.M.

The Court finds that the interests of justice served by granting an exclusion from the speedy trial computations from today's date through November 18, 2021 outweigh the interests of the public and the Defendant in a speedy trial in order to allow the parties to continue their discussions towards a pre-trial disposition of this case.

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
9/16/2021