```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

William Fernando Diaz-Hernandez,

Defendant.

21-cr-369 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The initial pretrial conference previously scheduled in this matter for Thursday, November 18, 2021 at 11:00 AM is now scheduled for Monday, November 22, 2021 at 12:00 PM.

SO ORDERED.

Dated: November 19, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge