USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

William Fernando Diaz Hernandez,

Defendant.

21-cr-369 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Sentencing in this matter will take place in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, on March 3, 2022 at 10:00 a.m.

SO ORDERED.

Dated: January 19, 2022
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1