UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
UNITED STATES OF AMERICA :
:
-against- :   **ORDER**
:
:
:   21-CR-369(JSR)
:   Docket #
**William Fernando Diaz Hernandez** :
------------------------------------x

Hon. Jed S. Rakoff, , **DISTRICT JUDGE**:
  Judge's Name

The C.J.A. attorney assigned to receive cases on this day,
**Grainne O'Neill** is hereby ordered to assume
representation of the defendant in the above captioned
matter, NUNC-PRO-TUNC  12/5/23  .

SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**

Dated:  New York, New York
        12/6/23