UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>WILLIAM FERNANDO DIAZ HERNANDEZ,<br><br>Defendant. | 21-cr-369 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

William Fernando Diaz Hernandez pleaded guilty to one count of conspiracy to distribute cocaine and is now serving a sentence of 60 months of imprisonment. On December 5, 2023, Diaz Hernandez moved under 18 U.S.C. § 3582(c)(2) to reduce his sentence because of a recent retroactive amendment to the Federal Sentencing Guidelines. See ECF No. 44. However, any reduction to the Guidelines calculation for Diaz Hernandez would be immaterial. The Court sentenced Diaz Hernandez to the mandatory minimum term of imprisonment for his offense, which remains unchanged by the Guidelines amendment. Accordingly, Diaz Hernandez's motion for a sentence reduction is hereby denied.

SO ORDERED.

New York, NY
April 12, 2024

JED S. RAKOFF, U.S.D.J

1